# COMPLAINT FORM
### (for non-prisoner filers without lawyers)

**FILED**
JUL 24 2018
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Indiana**

(Full name of plaintiff(s))

**Felicia Ann Robinson**

vs

(Full name of defendant(s))

**Franciscan Alliance dba. Abulatory Business Office**

Case Number:

**1:18-cv-2259 SEB DLP**

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of **Indiana** (State) and resides at **8103 Goldenrod Ct Indianapolis, IN 46219** (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Franciscan Alliance** (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Indiana__

and (if a person) resides at _____
(State, if known)

_____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for __Franciscan Alliance 1040 Sierra Dr. #400 Greenwood, IN 46143__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

The plaintiff, Robinson, works for Franciscan Alliance as a Credentialing Specialist. Franciscan Alliance is in violations for not taking immediate and appropriate action when Robinson first complained of racial descrimination, intimidation, retaliation, and horassment.

On Aug. 07, 2017, Robinson notified via certified mail the continuance of the unlawful racial descrimination. Direct, Indirect and psychological.

On Nov. 07, 2017, Robinson filed charges with E.E.O.C. for multiple violations of Title VII of the Civil Rights Act of 1964

where she was granted rights to sue on Apr. 30, 2018 Case # 470-2018-00484. Status closed.

On Nov. 21, 2017 Franciscan Leadership continued impermissible conduct. Creating a more hostile work environment by falsely reprimanding Robinson, black, but no one else (not black) doing the same thing. Failing to promote, violating their own Handbook policies and regulations. Franciscan's descrimination and retaliation was further demonstrated on Jun. 26, 2018, when Robinson was denied annual pay increase, given a performance evaluation, lower than it should be.

On Jul. 19, 2018, Robinson filed an additional charge of retaliation against Franciscan with E.E.O.C. Case #470-2018-03574. Status pending.

Franciscans purpose is prejudice, person malice, and recklessness. Their neglegiance only causes Robinson more harm, being placed under scrutiny.

Franciscan's direct attempt was to force Robinson to quit or get fired. Interfering with her work performance and reputation. Robinson asks for the Equal Opportunities that are due, by rights, to her.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

As a result, Robinson has suffered brutal racial descrimination and harassment. Robinson wants Franciscan to pay punitive damages and compensatory damages for loss of enjoyment of life and other punitory losses, at the maximum amount allotted for each violation. To include, emotional distress, pain and suffering.

E.  **JURY DEMAND**

☐ Jury Demand - I want a jury to hear my case
OR
☒ Court Trial – I want a judge to hear my case

Dated this __24__ day of __July__ 20__18__.

Respectfully Submitted,

_Felicia Robinson_
Signature of Plaintiff

__708-769-7429__
Plaintiff's Telephone Number

__terisisthe1@yahoo.com__
Plaintiff's Email Address

__8103 Goldenrod Court__
__Indianapolis, IN 46219__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.