UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FELICIA ANN ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-02259-JRS-DLP ) |
| FRANCISCAN ALLIANCE, | ) ) |
| Defendant. | ) ) |

**Final Judgment**

Final judgment under Federal Rule of Civil Procedure 58 is entered in favor of Defendant Franciscan Alliance and against Plaintiff Felicia Ann Robinson. Plaintiff shall take nothing by way of her Complaint and this case is now closed.

Date: 3/24/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

1

Distribution:

FELICIA ANN ROBINSON
8103 Goldenrod Ct
Indianapolis, IN 46219

Amy Joan Adolay
KRIEG DEVAULT LLP (Carmel)
aadolay@kdlegal.com

Matthew C. Branic
KRIEG DEVAULT LLP (Carmel)
mbranic@kdlegal.com

Elizabeth Marie Roberson
KRIEG DEVAULT LLP (Carmel)
eroberson@kdlegal.com